No. 90–6541.   BEAN *v.* ILLINOIS.   Sup. Ct. Ill.;
No. 90–6816.   VAN POYCK *v.* FLORIDA.   Sup. Ct. Fla.;
No. 90–6818.   SWEET *v.* MISSOURI.   Sup. Ct. Mo.;
No. 90–6850.   GATES *v.* WARDEN AT SAN QUENTIN.   C. A. 9th Cir.; and
No. 90–6855.   SPENCE *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.   Reported below: No. 90–6086, 791 S. W. 2d 66; No. 90–6101, 235 Neb. 230, 455 N. W. 2d 117; No. 90–6291, 906 F. 2d 1230; No. 90–6325, 524 Pa. 135, 569 A. 2d 929; No. 90–6541, 137 Ill. 2d 65, 560 N. E. 2d 258; No. 90–6816, 564 So. 2d 1066; No. 90–6818, 796 S. W. 2d 607; No. 90–6855, 795 S. W. 2d 743.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 89–5961.   PARKER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 498 U. S. 308;
No. 90–752.   WINCHESTER *v.* COUNTY OF SAN DIEGO ET AL., 498 U. S. 1047;
No. 90–839.   COUNTY OF KERN, CALIFORNIA *v.* ABSHIRE ET AL., 498 U. S. 1068;
No. 90–1013.   STEM *v.* AHEARN ET AL., 498 U. S. 1069;
No. 90–5851.   TRUESDALE *v.* SOUTH CAROLINA, 498 U. S. 1074;
No. 90–6050.   PAYNE *v.* MIDDLETON ET AL., 498 U. S. 1070;
No. 90–6289.   ARMSTRONG *v.* FRANK, POSTMASTER GENERAL, 498 U. S. 1071;
No. 90–6302.   SANDLIN *v.* ELLIS, 498 U. S. 1071;
No. 90–6323.   DIAZ *v.* MILES, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY, ET AL., 498 U. S. 1071;
No. 90–6326.   HENTHORN *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 498 U. S. 1071;
No. 90–6336.   VEALE ET AL. *v.* NEW HAMPSHIRE, 498 U. S. 1071;
No. 90–6354.   IN RE MULVILLE, 498 U. S. 1065;
No. 90–6355.   IN RE MULVILLE, 498 U. S. 1066;
No. 90–6357.   SANDLIN *v.* ALLEN ET AL., 498 U. S. 1072; and

No. 90–6385. ABIFF *v.* GEORGIA, 498 U. S. 1072. Petitions for rehearing denied.

MARCH 21, 1991

No. 90–967. WOODDELL *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 71, ET AL. C. A. 6th Cir. The order entered February 19, 1991 [498 U. S. 1082], is modified to read as follows: Certiorari granted limited to Question I presented by the petition. In addition, the parties are directed to brief and argue the following question: "Does § 301 of the Labor Management Relations Act create a federal cause of action under which a union member may sue his union for violation of the union constitution?"

MARCH 25, 1991

No. 90–1244. STATE DEMOCRATIC EXECUTIVE COMMITTEE OF ALABAMA *v.* HAWTHORNE ET AL. Appeal from D. C. M. D. Ala. Judgment vacated and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 89–1230. CITY OF CHICAGO ET AL. *v.* FRIEDRICH. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *West Virginia Univ. Hospitals, Inc.* v. *Casey, ante,* p. 83.

No. 90–400. LE'MON *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Air Line Pilots* v. *O'Neill, ante,* p. 65, and *Steelworkers* v. *Rawson,* 495 U. S. 362 (1990).

No. 90–1010. DILLON, COMMISSIONER, INDIANA DEPARTMENT OF INSURANCE, ET AL. *v.* ALLEGHANY CORP. ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).